

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-18-00198-CR

Boyce C. **ATKINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. CC 17615
Honorable Mark Stroeher, Judge Presiding

## O R D E R

The clerk's record was due May 29, 2018, but was not filed. The clerk has filed a notification of late record stating the record was not filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We order appellant Boyce C. Atkinson to provide written proof to this court on or before June 22, 2018 that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* Tex. R. App. P. 20.2, 35.3(a). If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2018.

_____
Keith E. Hottle
Clerk of Court